# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN R. KRAFT,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and SERVICELINK FIELD SERVICES, LLC<br><br>Defendant. | Civil Action No. 3:16-cv-05729-BRM-LHG<br><br>**ORDER** |

**THIS MATTER** is opened to this Court by: (1) Defendant Wells Fargo & Company and Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Dismiss Plaintiff Warren R. Kraft's ("Kraft" or "Plaintiff") Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) (ECF No. 93); and (2) Defendant ServiceLink Field Services, LLC's ("ServiceLink") (collectively with Wells Fargo, "Defendants") Motion to Dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 92.) Kraft opposes both motions. (ECF Nos. 98 & 102.) Having reviewed the submissions filed in connection with the motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 31st day of July 2019,

**ORDERED** that Wells Fargo's Motion to Dismiss the Amended Complaint (ECF No. 93) is **GRANTED**; and it is further

**ORDERED** that ServiceLink's Motion to Dismiss the Amended Complaint (ECF No. 92) is **GRANTED**; and it is finally

**ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE**; and it is finally

**ORDERED** that the matter be marked closed.

*/s/ Brian R. Martinotti*_____
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE